IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-2393

CLAYTON WILLIAMS ENERGY, INC.,
a Delaware Corporation

        Plaintiff,
v.
STULL RANCHES, LLC,
a California Limited Liability Company,

Defendant.

## ORDER AUTHORIZING SERVICE BY CERTIFIED MAIL

Before the Court is Plaintiff Clayton Williams Energy, Inc.'s Verified Motion for Order Authorizing Service by Certified Mail on Defendant Stull Ranches, LLC ( "Stull") pursuant to Federal Rule of Civil Procedure 4(e)(1) and Colorado Rule of Civil Procedure 4(g). The Court finds that Plaintiff has demonstrated due diligence efforts to obtain personal service, however, such efforts have been unsuccessful.

IT IS THEREFORE ORDERED that Plaintiff's Verified Motion for Order Authorizing Service by Certified Mail is GRANTED and the Court authorizes service on Stull by certified mail.

Dated this 13th day of December, 2007.

                              BY THE COURT:

                              s/Richard P. Matsch
                              District Court Judge