IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02393-RPM

CLAYTON WILLIAMS ENERGY, INC.,

    Plaintiff,

v.

STULL RANCHES, LLC,

    Defendant.

---

ORDER TO RESPOND TO RENEWED MOTION FOR PRELIMINARY INJUNCTION

---

On June 3, 2008, the plaintiff filed a Renewed Motion for Preliminary Injunction together with a memorandum in support. Attached to that memorandum are multiple documents. To assist in determining the time for and extent of any evidentiary hearing which may be required for adjudication of the renewed motion and because the plaintiff has alleged a number of facts which may or may not be disputed, it is

ORDERED that the defendant will file a response to the renewed motion and memorandum on or before June 26, 2008.

    Dated: June 5, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge