IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02393-RPM

CLAYTON WILLIAMS ENERGY, INC.,

    Plaintiff,

v.

STULL RANCHES, LLC,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

**s/**M. V. Wentz
 Secretary


    Pursuant to the Notice of Agreement Between Counsel Regarding the Reply Brief, plaintiff's Motion for Leave to File a Reply in Support of Its Renewed Motion for Preliminary Injunction [26] is granted.


DATED: July 15, 2008