IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:              August 12, 2008
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 07-cv-02393-RPM

| | |
|---|---|
| CLAYTON WILLIAMS ENERGY, INC., a Delaware corporation, | Rebecca H. Noecker |
| | Julia Jones |
| Plaintiff, | |
| v. | |
| STULL RANCHES, LLC., a California limited liability company, | Dudley W. Von Holt |
| Defendant. | |

_____

### COURTROOM MINUTES
_____

**Scheduling Conference**

**2:05 p.m.     Court in session.**

Court's preliminary remarks, summary of case facts and parties' respective positions.
Ms. Noecker states the Court has accurately stated plaintiff's position.

2:10 p.m.     Argument by Mr. Von Holt.

2:29 p.m.     Argument by Ms. Noecker.

**Counsel stipulate to all affidavits and exhibits previously filed to be part of the record. Oral stipulation accepted.**

2:37 p.m.     Plaintiff's witness, Charles Williams, sworn.

Direct examination of Mr. Williams by Ms. Noecker.

Reference to Exhibits 8 and 30.

3:08 p.m.     Cross examination of Mr. Williams by Mr. Von Holt.

Reference to Exhibit 19.

3:22 p.m.     Plaintiff's witness, Mark Tisdale, sworn.

August 12, 2008
07-cv-02393-RPM

Direct examination of Mr. Tisdale by Ms. Noecker.

Reference to Exhibit 3.

3:45 p.m.	Cross examination of Mr. Tisdale by Mr. Von Holt.

3:52 p.m.	Redirect examination of Mr. Tisdale by Ms. Noecker.

3:54 p.m.	Defendant's witness, Roger Stull, sworn.

Direct examination of Mr. Stull by Mr. Von Hult.

Reference to Exhibit J.
Reference to Exhibit 16.

4:13 p.m.	Cross examination of Mr. Stull by Ms. Noecker.

Reference to Exhibit 17.

4:17 p.m.	Defendant's witness, Kelly Sewell, sworn.

Direct examination of Mr. Sewell by Mr. Von Holt.

Reference to Exhibit J.
Reference to Exhibit 16.

4:28 p.m.	Cross examination of Mr. Sewell by Ms. Noecker.

**Evidence closed.**

Court's oral findings and conclusions stated on record.

**ORDERED:	Clayton Williams Energy , Inc's Renewed Motion for a Preliminary Injunction, filed June 3, 2008 [18], is granted but is limited to testing and completion of Well 12-1.**

**Counsel instructed to confer, draft and submit a proposed order.**

**ORDERED:	Stull Ranches' Motion to Amend Answer and Counterclaim, filed June 16, 2008 [22], is granted. Amended Answer and Counterclaim is accepted and filed as of August 12, 2008.**

**ORDERED:	Hearing continued to August 13, 2008 at 10:00 a.m.**

**4:37 p.m.	Court in recess.**  Hearing concluded. Total time: 1 hr. 32 min.