IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02393-RPM

CLAYTON WILLIAMS ENERGY, INC., a Delaware Corporation

Plaintiff,

STULL RANCHES, LLC, a California Limited Liability Company

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 3 2008

GREGORY C. LANGHAM
CLERK

## PRELIMINARY INJUNCTION

Pursuant to the Court's oral statement of reasons in compliance with Fed.R.Civ.P. 65, it is

ORDERED that Clayton's Renewed Motion for Preliminary Injunction is hereby GRANTED. Stull Ranches, LLC, its officers, agents, servants, employees, and attorneys and other persons acting in concert or in participation with them who receive actual notice of this Order, are enjoined from:

1) prohibiting in any way, either physically or verbally, Clayton, its employees or its contractors (which includes New Frontier Energy, Inc.) from using the Access Road Easement as set forth in the Easement for the limited purposes of (I) testing and completing (including plugging and abandoning if deemed appropriate) the 12-1 Well; (ii) repair and maintenance of the road and well sites and (iii) and activities undertaken to comply with BLM requirements or other applicable permit requirements applicable to the easement.

2) The Court orders that Clayton, its employees, and its contractors (including New Frontier Energy) use of the Access Road Easement shall comply with the terms of the Easement.

3) Notice of entry into the property shall be given by e-mail to the defendant's ranch manager at the e-mail address to be provided. It is

FURTHER ORDERED that the Court Orders Clayton to make the 2008 annual payment as required under the Easement within ten (10) days. In addition, pursuant to Fed. R. Civ. P. 65(c), the Court Orders Clayton to post a cash bond in the amount of $30,000.00, prior to exercising any right under this injunction.

SO ORDERED this 13th day of August, 2008 at 11:00 A.M. MDT

BY THE COURT:

*[signature]*

Richard P. Matsch, Senior District Judge