IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02393-RPM

CLAYTON WILLIAMS ENERGY, INC., a Delaware corporation,

     Plaintiff,

v.

STULL RANCHES, LLC, a California Limited Liability Company,

     Defendant.

---

ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

---

After review of the Unopposed Motion to Amend Scheduling Order, filed September 4, 2008 [39], it is

ORDERED that the motion is granted and the deadlines are amended as follows:

| | |
|---|---|
| Disclosure experts (party with burden of proof): | October 16, 2008 |
| Disclosure experts (party w/o burden of poof): | December 2, 2008 |
| Rebuttal experts: | December 17, 2008 |
| Discovery Cut-off: | January 7, 2009 |
| Dispositive motions: | January 16, 2009 |

Dated:  September 5, 2008

BY THE COURT:

s/ Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge