IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02393-RPM

CLAYTON WILLIAMS ENERGY, INC.,

    Plaintiff,

v.

STULL RANCHES, LLC,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    The Unopposed Motion to Withdraw [53], filed on December 31, 2008, is granted and Harold R. Bruno, III, has no further responsibility as counsel for Frontier Energy and his electronic service is terminated for this case.

    The Motion to Withdraw [54], filed on December 31, 2008, is granted and Julia A. Jones, Rebecca H. Noecker and Susan L. Aldridge of Beatty & Wozniak, P.C., have no further responsibility as counsel for the plaintiff and their electronic service is terminated for this case.

DATED: January 5, 2009