IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:              January 5, 2009
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 07-cv-02393-RPM

CLAYTON WILLIAMS ENERGY, INC., a Delaware corporation,      Harold R. Bruno, III

    Plaintiff,

v.

STULL RANCHES, LLC., a California limited liability company,   Dudley W. Von Holt

    Defendant,

and

NEW FRONTIER ENERGY, INC., a Colorado corporation,          Brian J. Hedberg

    Intervenor.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Intervene**

**2:00 p.m.     Court in session.**

Intervenor's client representative Paul Laird present.

Court's preliminary remarks.

2:02 p.m.     Mr. Hedberg answers questions asked by the Court.

Mr. Hedberg states the new farm-out agreement is dated September 2008 and intervenor would like to proceed to trial by June 2009.

2:08 p.m.     Mr. Von Holt answers questions asked by the Court.

Mr. Von Holt states defendant does not oppose the motion to intervene.
Argument by Mr. Von Holt regarding discovery and defendant's concerns with respect to New Frontier.

**ORDERED:**  New Frontier Energy, Inc.'s Motion to Intervene Pursuant to Fed.Civ.P. 24(a) or in the Alternative , Fed.Civ.P. 24(b), filed November 25, 2008 [44], is granted.
Court Orders defendant to file a motion for extension of the discovery deadline outlining necessary requested discovery by January 26, 2009 (20 days).

**2:16 p.m.     Court in recess.**        Hearing concluded.  Total time: 16 min.