IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02393-RPM

CLAYTON WILLIAMS ENERGY, INC., and
NEW FRONTIER ENERGY, INC.,

    Plaintiffs,

v.

STULL RANCHES, LLC,

    Defendant.

---

ORDER AMENDING SCHEDULING ORDER AND SETTING TRIAL DATE

---

Pursuant to the defendant's motion to amend scheduling order, filed January 15, 2009, and the plaintiff and intervenor's motion to set trial date, filed January 26, 2009, it is

ORDERED that the time for completion of discovery in this matter is extended to and including February 27, 2009, and the time for filing dispositive motions is extended to and including March 2, 2009, and it is

FURTHER ORDERED that this civil action is set for jury trial to begin on May 18, 2009, with a pretrial conference to be set and a date to be scheduled.

    Dated: February 10, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge