IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02393-RPM

CLAYTON WILLIAMS ENERGY, INC., and
NEW FRONTIER ENERGY, INC.,

    Plaintiffs,

v.

STULL RANCHES, LLC,

    Defendant.

---

ORDER GRANTING PLAINTIFF AND THIRD PARTY INTERVENOR NEW FRONTIER'S MOTION FOR LEAVE TO IDENTIFY EXPERT

---

Upon consideration of Plaintiff and Third Party Intervenor New Frontier's Motion for Leave to Identify Expert [64], filed on January 26, 2009, it is

ORDERED that the motion is granted.

Dated: February 10, 2009

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge