IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02393-RPM

CLAYTON WILLIAMS ENERGY, INC., and
NEW FRONTIER ENERGY, INC.,

    Plaintiffs,

v.

STULL RANCHES, LLC,

    Defendant.
_____

ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to the Order Amending Scheduling Order and Setting Trial Date entered by Senior District Judge Richard P. Matsch on February 10, 2009, it is

ORDERED that a pretrial conference is scheduled for **May 1, 2009, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **April 23, 2009.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: February 12th, 2009

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior District Judge