IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02393-RPM

CLAYTON WILLIAMS ENERGY, INC., and
NEW FRONTIER ENERGY, INC.,

    Plaintiffs,

v.

STULL RANCHES, LLC,

    Defendant.

---

## ORDER SETTING TRIAL DATE

Pursuant to the Order Amending Scheduling Order and Setting Trial Date entered by Senior District Judge Richard P. Matsch on February 10, 2009, it is

ORDERED that this matter is set for trial to jury on **May 18, 2009, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: February 12th, 2009

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____

                                  Richard P. Matsch, Senior District Judge