IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-2393-RPM

**CLAYTON WILLIAMS ENERGY, INC.,**
**NEW FRONTIER ENERGY, INC.**

    **Plaintiffs,**

**V.**

**STULL RANCHES, LLC**

    **Defendants**

_____

**ORDER AMENDING SCHEDULING ORDER**
_____

Upon consideration of Plaintiff and Third Party Intervenor New Frontier Energy, Inc. ("New Frontier"), and Defendant Stull Ranches, LLC's ("Stull Ranches") joint unopposed motion to amend scheduling dates, it is

ORDERED that the scheduling order is amended as follows:

A. That discovery concerning damages be extended to March 27, 2009.

B. That the deadline for dispositive motions concerning damages be set for March 27, 2009; that opposition briefs be due 15 days after filing of such a motion; that reply briefs be due 10 days after filing of the opposition brief.

C. That the deadline for Stull Ranches to disclose its expert(s) concerning damages be set for March 27, 2009.

DATED: February 23rd, 2009

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge