**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                May 1, 2009
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki
_____

Civil Action No. 07-cv-02393-RPM

| | |
|---|---|
| CLAYTON WILLIAMS ENERGY, INC., a Delaware corporation, | Harold R. Bruno, III |
| Plaintiff, | |
| v. | |
| STULL RANCHES, LLC., a California limited liability company, | Dudley W. Von Holt<br>James M. Cox |
| Defendant, | |
| and | |
| NEW FRONTIER ENERGY, INC., a Colorado corporation, | Brian J. Hedberg |
| Intervenor. | |

_____

**COURTROOM MINUTES**
_____

**Pretrial Conference**

**2:20 p.m.     Court in session.**

Court states its view of the case and applicable law.

**ORDERED:**   Stull Ranches' Motion for Summary Judgment on New Frontier's Second Claim, filed March 2, 2009 [81], is granted.

**ORDERED:**   Stull Ranches' Motion for Summary as to Clayton Williams' Second and Third Claims for Relief, filed March 2, 2009 [82], is granted as to the Second Claim and denied as to the Third Claim.
**Reformation is an issue for the Court to determine.**

**ORDERED:**   Stull Ranches' Motion for Summary Judgment on Clayton Williams' Damages Claim, filed March 26, 2009 [86], is granted.

**ORDERED:**   Stull Ranches' Motion for Summary Judgment on New Frontier's Damages Claim, filed March 27, 2009 [87], is granted.

May 1, 2009
07-cv-02393-RPM

**ORDERED:** Stull Ranches' Motion to Exclude Amended Report of John Harkrider, filed March 27, 2009 [88], is moot.

**ORDERED:** Defendant's Motion to Bar the Testimony of John Harkrider, filed March 27, 2009 [89], is moot.

**ORDERED:** Joint and Unopposed Motion to Extend Certain Deadlines, filed February 20, 2009 [76], is moot.

Court and counsel agree that Plaintiff's First Claim for Relief will be for the jury to determine and that New Frontier is not a party with respect to the issue the jury will determine.

Court states its trial procedures.

**ORDERED:** Counsel to submit a revised proposed pretrial order by May 11, 2009.

**2:59 p.m.    Court in recess.**

Hearing concluded.  Total time: 39 min.