IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02393-RPM

CLAYTON WILLIAMS ENERGY, INC., and
NEW FRONTIER ENERGY, INC.,

     Plaintiffs,

v.

STULL RANCHES, LLC,

     Defendant.

---

## ORDER FOR DISMISSAL

Pursuant to the Stipulation for Dismissal [111] filed today, it is

ORDERED that all claims are dismissed with prejudice, including claims made by Plaintiffs Clayton Williams Energy, Inc., and New Frontier Energy, Inc., and counterclaims made by Defendant Stull Ranches, LLC.

Dated: July 2nd, 2009

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge